**Order filed November 19, 2013.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-13-00752-CR

———————————

**DARLEN G. SCHNEXNAIDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 10CCR150286**

## ORDER

On October 1, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine if appellant could proceed without advanced payment of costs.

The trial court held the hearing and determined that, for purposes of the record, appellant could proceed without advanced payment of costs.

Our order of October 1, 2013, is withdrawn.  The appeal is reinstated.  The reporter's record was filed November 5, 2013.  The Fort Bend County Clerk's Office is directed to file the clerk's record on or before **December 19, 2013.**

PER CURIAM